**TEICH GROH**
**69l State Highway 33**
**Trenton, New Jersey, 08619**
**Phone  (609) 890-l500**
**Email:  cknowlton@teichgroh.com**
**Attorneys for the Debtor-in-Possession**
**CAROL L. KNOWLTON, ESQUIRE**

### UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **In the Matter of:** | :CHAPTER 11 |
| | : |
| **ROBDAV DISTRIBUTORS, INC,** | :CASE NO.:  11-10462 (KCF) |
| | : |
| Debtor. | :Judge:  Kathryn C. Ferguson, U.S.B.J. |

### AMENDMENT TO SCHEDULE D, E or F or
### LIST OF CREDITORS

Please specify the Schedule(s) to be amended:

    ☒    Schedule D  -    Creditors holding secured claims
    ☒    Schedule E  -    Creditors holding unsecured priority claims
    ☒    Schedule F  -    Creditors holding unsecured claims
    ☐    List of Creditors (Matrix)

The schedule or list indicated above, having been previously filed, is amended as follows:

**To add the following creditors to Schedule D:**

1. Upper Freehold Township Tax Collector
   Municipal Building, 314 County Route 539
   Cream Ridge, New Jersey 08514
   Account No.:  4th Quarter 2010 Real Estate Taxes
   Amount:  $Unknown

**To add the following creditors to Schedule E:**

1. New Jersey Division of Taxation
   c/o Pioneer Credit Recovery
   PO Box 1008
   Moorestown, New Jersey 08057-1008
   Account No.:
   Amount:  $365.44

2. State of New Jersey
Department of Community Affairs
c/o Penn Credit Corporation
PO Box 988
Harrisburg, PA 17108
Account No.:
Amount: $1,168.00

**To add the following creditors to Schedule F:**

1. O.C. Laboratories
1205 Industrial Highway
PO Box 514
Southampton, PA 18966-0514
Account No.:
Amended Amount: $602.70

2. Richard P. Abrams, CPA
100 Main Street
Allenhurst, New Jersey 07711
Account No.:
Amount: $2,725.48

I hereby certify under penalty of perjury that the above information is correct.

**ROBDAV DISTRIBUTORS, INC.**

**Debtor's signature: _/s/ *Roberta Goldstein*  ___**
**Roberta Goldstein, President**

**Dated:  January _____, 2011**

**TEICH GROH**
**69l State Highway 33**
**Trenton, New Jersey, 086l9**
**Phone  (609) 890-l500**
**Email:  cknowlton@teichgroh.com**
**Attorneys for the Debtor-in-Possession**
**CAROL L. KNOWLTON, ESQUIRE**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **In the Matter of:** | :CHAPTER 11 |
| | : |
| **ROBDAV DISTRIBUTORS, INC,** | :CASE NO.:  11-10462 (KCF) |
| | : |
| Debtor. | :Judge:  Kathryn C. Ferguson, U.S.B.J. |

**VERIFIED STATEMENT OF CHANGES**
**TO SCHEDULES D, E AND F**

I, **Roberta Goldstein, President of the Debtor,** in the above captioned matter, hereby verifies that the attached Amended Schedules <u>D, E and F</u> are true and correct and to be added to the Chapter 11 petition filed by said debtor.

                                                            **ROBDAV DISTRIBUTORS, INC.**

                        **Debtor's signature:**  _/s/  *Roberta Goldstein*   ___
                                                     **Roberta Goldstein, President**

**Dated:   January _____, 2011**

# MATRIX

Upper Freehold Township Tax Collector
Municipal Building, 314 County Route 539
Cream Ridge, New Jersey 08514

New Jersey Division of Taxation
c/o Pioneer Credit Recovery
PO Box 1008
Moorestown, New Jersey 08057-1008

State of New Jersey
Department of Community Affairs
c/o Penn Credit Corporation
PO Box 988
Harrisburg, PA 17108

O.C. Laboratories
1205 Industrial Highway
PO Box 514
Southampton, PA 18966-0514

Richard P. Abrams, CPA
100 Main Street
Allenhurst, New Jersey 07711